Matter of Silverlieb (2025 NY Slip Op 05029)

Matter of Silverlieb

2025 NY Slip Op 05029

Decided on September 18, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:September 18, 2025

PM-209-25
[*1]In the Matter of Richard R. Silverlieb, an Attorney. (Attorney Registration No. 2268506.)

Calendar Date:September 15, 2025

Before:Clark, J.P., Pritzker, Reynolds Fitzgerald, McShan and Powers, JJ.

Richard R. Silverlieb, Montville, New Jersey, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Richard R. Silverlieb was admitted to practice by this Court in 1989 and lists a business address in Livingston, New Jersey with the Office of Court Administration. Silverlieb now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) opposes the application by correspondence from its Deputy Chief Attorney dated July 18, 2025.
As is noted by AGC, Silverlieb is presently delinquent in his New York attorney registration requirements, having failed to register for the 2025-2026 biennial registration period (see Judiciary Law § 468-a; Rules of Chief Admr of Cts [22 NYCRR] § 118.1). Inasmuch as Silverlieb is therefore subject to potential disciplinary action (see Judiciary Law § 468-a [5]; Rules of Prof Conduct [22 NYCRR 1200.0] rule 8.4 [d]; see also Matter of Attorneys in Violation of Judiciary Law § 468-a, 113 AD3d 1020, 1021 [3d Dept 2014]), he is ineligible for nondisciplinary resignation and his application must be denied (see Matter of Cluff, 148 AD3d 1346, 1346 [3d Dept 2017]; Matter of Bomba, 146 AD3d 1226, 1226-1227 [3d Dept 2017]). Further, any future application by Silverlieb must be supported by proof of his full satisfaction of the requirements of Judiciary Law § 468-a and Rules of the Chief Administrator of the Courts (22 NYCRR) § 118.1 (see Matter of Frank, 146 AD3d 1228, 1228-1229 [3d Dept 2017]).
Clark, J.P., Pritzker, Reynolds Fitzgerald, McShan and Powers, JJ., concur.
ORDERED that Richard R. Silverlieb's application for permission to resign is denied.